JS-6

1  THOMAS P. O'BRIEN
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS D. COKER [SBN 136820]
4  Assistant United States Attorney
5    Room 7211, Federal Building
     300 North Los Angeles Street
6    Los Angeles, California  90012
     Telephone:  (213) 894-2454
7    Facsimile:  (213) 894-0115
8
9  Attorneys for United States of America

10               UNITED STATES DISTRICT COURT

11               CENTRAL DISTRICT OF CALIFORNIA

12                     WESTERN DIVISION

13

14 UNITED STATES OF AMERICA,      ) Case No. CV 07-2968-ODW(AGRx)
                                  )
15         Plaintiff,             ) [**PROPOSED**] JUDGMENT IN FAVOR
                                  ) OF UNITED STATES OF AMERICA
16    vs.                         ) AND AGAINST DEFENDANTS
                                  ) PATRICIA GATTI and CAROLE
17 PATRICIA GATTI and CAROLE      ) GATTI-PALANCA
18 GATTI-PALANCA,                 )
                                  )
19         Defendants.            )
20 _____ )

21

22 Pursuant to the stipulation between plaintiff United

23 States of America and defendants Patricia Gatti and Carole

24
   Gatti-Palanca, and good cause appearing therefor,
25

26 //

27 //

28

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

2    Defendants Patricia Gatti and Carole Gatti-Palanca are jointly and severally liable to plaintiff United States of America, Internal Revenue Service, for unpaid employment and highway use taxes owed by Gatti Productions, Inc., in the amount of $150,362.55, as of June 30, 2006, plus accrued interest and penalties that have come due since June 30, 2006, plus interest and penalties accruing after entry of judgment, as provided by law, until the liability is satisfied.

DATED: February 27, 2008    _____
                             OTIS D. WRIGHT II
                             UNITED STATES DISTRICT JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____
THOMAS D. COKER
Assistant United States Attorney

Attorneys for the United States of America
United States of America v. Gatti, CV 07-2968-ODW (AGRx) Judgment Against Defendants

2